SAVERIO LIBERTA, Respondent, v. RAPID COALING COMPANY, INC., Appellant.— Motion for reargument denied, without costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

NICHOLS COPPER COMPANY, Appellant, v. MAURICE E. CONNOLLY, as President of the Borough of Queens, and Another, Respondents.— Motion for extra allowance denied, without costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

VINCENTE PEREZ, Respondent, v. CLYDE STEAMSHIP COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

MANUEL H. RIVERA, Respondent, v. 92 BLEECKER STREET, INC., Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

CHARLES A. TERR, Appellant, v. IRVING GREENWALD, Respondent.— Motion for stay denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

MAY WEBER, Respondent, v. SOLOMON BERINGER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

WILLIAM S. SCHWARTZ CONST. CO., INC., Respondent, v. GEORGE O. WALBRIDGE, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals, and for modification of decision, denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. [See ante, p. 887.]

BANK OF CONEY ISLAND, Respondent, v. JACK R. LANG and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ARMIN BENCOE, Respondent, v. ROBERT E. McDONNELL and Others, Copartners, etc., Appellants. (Appeal No. 2.)— Order denying motion to strike out objections in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

MARY L. BIRCH, Respondent, v. CHARLES E. BIRCH, Individually and as Executor, etc., of JOHN BIRCH, Deceased, Appellant, Impleaded with Another, Defendant.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

CHARLES BUDRIS, Respondent, v. LINCOLN C. ANDREWS, as Receiver of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Judgment and order reversed upon the facts, and a new trial granted, costs to abide the event, upon the ground that the verdict was contrary to the weight of the evidence. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

MAUDELLA MAE CAHILL, as Executrix, etc., of WILLIAM P. W. HAFF, Deceased, Respondent, v. HARMON B. W. HAFF, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

RICHARD M. CAMPION, Respondent, v. FILOMENA LUIERE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.